UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angela Seaman, Individually and on behalf of the General Public,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Freidon Eftekhari, also known as Fred Eftekari,<br><br>　　　　Defendant(s). | No. C 07-4419 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9/5/2007

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")