POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christopher Brancart, 128475<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060<br>TELEPHONE NO.: (650) 879-0141<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>07 SEP -7 PM 3:46<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Seaman | CASE NUMBER:<br>C-07-4419-BZ |
| DEFENDANT/RESPONDENT: Eftekhari | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>SEAMAN |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, ADR Information Packet

**BY FAX**

3. a. Party served: Freidon Eftekhari, AKA Fred Eftekari

   b. Person Served: -

4. Address where the party was served: 427 La Jolla Avenue
   San Mateo, CA 94403

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 4, 2007   (2) at (time): 5:32 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. Person who served papers
   a. Name:   Chris Beale
   b. Address:   One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 805
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 5, 2007

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)                                (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6647269