Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

Attorneys for
FREIDON EFTEKHARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SEAMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FREIDON EFTEKHARI<br><br>　　　　Defendants. | **Case No.: C 07 4419 BZ**<br><br>**DEFENDANT FREIDON EFTEKHARI'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Comes now DEFENDANT FREIDON EFTEKHARI (hereinafter "Defendant"), answering Plaintiff Anglea Seaman's Complaint as follows:

1. In response to Paragraph 1 of the Complaint, Defendant denies all material allegations therein, except that he is an owner of a residential apartment building in Redwood City, California.

2. In response to Paragraph 2 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

3. In response to Paragraph 3 of the Complaint, Defendant denies all material allegations therein.

4. In response to Paragraph 4 of the Complaint, Defendant denies all material allegations therein.

5. In response to Paragraph 5 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

6. In response to Paragraph 6 of the Complaint, Defendant admits the allegations therein, except for the legal constitution and/or qualification of the dwellings within the statutory schemes alleged, on which he lacks sufficient information to form a belief as to the truth of the allegation, and on that basis denies it.

7. In response to Paragraph 7 of the Complaint, Defendant denies all material allegations therein.

8. In response to Paragraph 8 of the Complaint, Defendant denies all material allegations therein.

9. In response to Paragraph 9 of the Complaint, Defendant denies all material allegations therein.

10. In response to Paragraph 10 of the Complaint, Defendant denies all material allegations therein.

11. In response to Paragraph 11 of the Complaint, Defendant denies all material allegations therein.

12. In response to Paragraph 12 of the Complaint, Defendant denies all material allegations therein.

13. In response to Paragraph 13 of the Complaint, Defendant denies all material allegations therein.

14. In response to Paragraph 14 of the Complaint, Defendant denies all material allegations therein, except that he admits receiving an email regarding 317 Poplar.

15. In response to Paragraph 15 of the Complaint, Defendant denies all material allegations therein, except that he admits sending an email regarding 317 Poplar.

1   16.  In response to Paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

2   17.  In response to Paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

3   18.  In response to Paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

4   19.  In response to Paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

5   20.  In response to Paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

6   21.  In response to Paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

7   22.  In response to Paragraph 22 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

23. In response to Paragraph 23 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

24. In response to Paragraph 24 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

25. In response to Paragraph 25 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

26. In response to Paragraph 26 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

27. In response to Paragraph 27 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation therein.

28. In response to Paragraph 28 of the Complaint, Defendant denies all material allegations therein.

29. In response to Paragraph 29 of the Complaint, Defendant denies all material allegations therein.

30. In response to Paragraph 30 of the Complaint, Defendant denies all material allegations therein.

31. In response to Paragraph 31 of the Complaint, Defendant denies all material allegations therein.

4

32. In response to Paragraph 32 of the Complaint, Defendant incorporates all prior responses to all prior paragraphs.

33. In response to Paragraph 33 of the Complaint, Defendant denies all material allegations therein.

34. In response to Paragraph 34 of the Complaint, Defendant incorporates all prior responses to all prior paragraphs.

35. In response to Paragraph 35 of the Complaint, Defendant denies all material allegations therein.

36. In response to Paragraph 36 of the Complaint, Defendant incorporates all prior responses to all prior paragraphs.

37. In response to Paragraph 37 of the Complaint, Defendant denies all material allegations therein.

38. In response to Paragraph 38 of the Complaint, Defendant incorporates all prior responses to all prior paragraphs.

39. In response to Paragraph 39 of the Complaint, Defendant denies all material allegations therein.

40. In response to Paragraph 40 of the Complaint, Defendant incorporates all prior responses to all prior paragraphs.

41. In response to Paragraph 41 of the Complaint, Defendant denies all material allegations therein.

42. In response to Paragraph 42 of the Complaint, Defendant denies all material allegations therein.

## AFFIRMATIVE DEFENSES

Furthermore, and in addition to the foregoing, Defendant asserts the following affirmative defenses:

1. As a first affirmative defense to each cause of action of the Complaint, Plaintiff, her agents, employees, servants and representatives were partially, if not wholly, negligent or

1  otherwise at fault on their own part pursuant to the doctrine of comparative negligence, and Plaintiff should be barred from recovery of that portion of the damages directly attributable to their proportionate share of the negligence or fault.

2.  As a second affirmative defense to each cause of action of the Complaint, Plaintiff's Complaint and causes of action therein are barred by the statute of limitations.

3.  As a third affirmative defense to each cause of action of the Complaint, Plaintiff has waived, and/or is estopped from alleging the matters set forth in said Complaint.

4.  As a fourth affirmative defense to each cause of action of the Complaint, Plaintiff's Complaint, and each cause of action therein, Plaintiff fails to state a prima facie cause of action against Defendant.

5.  As a fifth affirmative defense to each cause of action of the Complaint, Plaintiff's Complaint, and each cause of action therein, are barred by the doctrine of unclean hands.

6.  As a sixth affirmative defense to each cause of action of the Complaint, Plaintiff failed to mitigate her damages.

7.  As a seventh affirmative defense to each cause of action of the Complaint, Plaintiff's Complaint, and each cause of action therein, is barred by the doctrine of laches.

8.  As an eighth affirmative defense, any and all treatment accorded Plaintiff was based on objective factors other than race.

9.  As a ninth affirmative defense, Plaintiff failed to exhaust administrative remedies.

10. As a tenth affirmative defense, Plaintiff's Complaint lacks verification.

11. As an eleventh affirmative defense, Plaintiff's claims are pre-empted.

12. As a twelfth affirmative defense, Plaintiff failed to satisfy conditions precedent to a claim for relief.

13. As a thirteenth affirmative defense, Plaintiff failed to state a claim upon which relief can be granted.

14. As a fourteenth affirmative defense, Defendant was under duress.

1  15. As a fifteenth affirmative defense, Plaintiff and/or third parties committed fraud with regard to their identity or identities, to their representations to Defendant, if any, and/or to their intentions.

16. As a sixteenth affirmative defense, Defendants actions are excused by mistake of one or more parties.

17. As a seventeenth affirmative defense, Defendant's actions are excused by impossibility of performance.

18. As an eighteenth affirmative defense, Defendant's actions are excused by illegality on the part of Plaintiff and/or third parties.

19. As a nineteenth affirmative defense, Plaintiff lacks capacity to sue.

20. As a twentieth affirmative defense, Plaintiff fails to allege sufficient facts upon which a claim for punitive damages can be supported.

21. As a twenty-first affirmative defense, Plaintiff's allegations fail to establish a pattern and practice of discrimination.

22. This answering Defendant presently has insufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unknown, affirmative defenses. This answering Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates it would be appropriate.

**PRAYER**

WHEREFORE, this answering Defendant prays for judgment as follows:

1. Plaintiff should take nothing by way of its Complaint and judgment should be entered for Defendant.
2. Defendant should be awarded costs of suit.
3. Defendant should be awarded attorneys fees.
4. Such other relief should be granted as the court deems proper.

///

///

**DEMAND FOR JURY TRIAL**

Defendant demands a jury trial.

DATED: September 24, 2007

*[signature]*

James S. McPherson, Valinoti & Dito, LLP,
attorneys for Defendant Freidon Eftekhari