**ORIGINAL**

07 SEP 24 AM 10: 53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Kenneth L. Valinoti, Esq. (SBN 118442)
   VALINOTI & DITO, LLP
2  180 Montgomery Street, Suite 940
   San Francisco, California 94104-4223
3  Telephone: (415) 986-1338
   Facsimile: (415) 986-1231
4  Email: kvalinoti@valinoti-dito.com

5  Attorneys for
6  FREIDON EFTEKHARI

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ANGELA SEAMAN,                     )  Case No.: C 07 4419 BZ
                                      )
12        Plaintiff,                  )  DEFENDANT'S CERTIFICATE OF
                                      )  INTERESTED PARTIES
13     v.                             )
                                      )
14 FREIDON EFTEKHARI                  )
                                      )
15        Defendants.                 )
                                      )
16

17     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

18 named parties, there is no such interest to report.

19
   DATED: September 24, 2007
20

21                                       _____
22                                       James S. McPherson, Valinoti & Dito, LLP,
                                         attorneys for Defendant Freidon Eftekhari
23

24

25

26

27

28
                                              1

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES   CASE NO. C 07 4419 BZ**