ORIGINAL

Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

FILED

'7 SEP 24 AM 10: 53

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for
FREIDON EFTEKHARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SEAMAN, | **Case No.: C 07 4419 BZ** |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| FREIDON EFTEKHARI | |
| Defendants. | |

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years and am not a party to the within action; my business address is 180 Montgomery Street, Suite 940, San Francisco, California 94104-4223. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and for overnight delivery via express courier.

On the date set forth below I served the foregoing

- **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES;**
- **DEFENDANT FREIDON EFTEKHARI'S ANSWER TO COMPLAINT, DEMAND FOR JURY TRIAL.**

on the addressee(s) below by one or more of the following methods:

**(X) BY FIRST-CLASS MAIL (CCP §§ 1013a & 2015.5).** By placing same in a box, sealing, fully prepaying postage thereon and depositing said box in the U.S. Mail at San Francisco, California.

( ) BY FACSIMILE (CCP §§ 1013 and 2015.5 and California Rules of Court, Rule 2008[e]). By transmitting same by facsimile machine at 10:00 o'clock, a.m.. The facsimile machine I used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. Service by facsimile occurred by agreement of the parties pursuant to CCP §1013.

( ) BY PERSONAL SERVICE (CCP § 1011). By personal delivery of same.

( ) BY EXPRESS COURIER. By placing same in a sealed **UPS NEXT DAY AIR** envelope, addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

Addressee(s):

Christopher Brancart, Esq.
Liza Cristol-Deman, Esq.
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
Telephone: (650) 879-0141
Facsimile: (650) 879-1103
Email: cbrancart@brancart.com, lcristoldeman@brancart.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 24, 2007 at San Francisco, California.

Valinoti
& Dito LLP
Attorneys At Law

  Maria T. Nguyen  
    (Printed Name)



(Signature)