UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Angela Seaman, Individually and on
behalf of the General Public
           Plaintiff(s),

v.

Freidon Eftekhari, also known as Fred
Eftekari
           Defendant(s).
_____/

Case No. C-07-4419 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 10.22.07

Angela Seaman, Plaintiff
[Party]

_Liza Cristol-Deman_ (signature)
Liza Cristol-Deman
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Angela Seaman, Individually and on
behalf of the General Public
        Plaintiff(s),

v.

Freidon Eftekhari, also known as Fred
Eftekari
        Defendant(s).

Case No. C-07-4419 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/22/07

                                              Angela Seaman, Plaintiff
                                              [Party]

Dated: _____

                                              Liza Cristol-Deman
                                              [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05