UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA SEAMAN

        Plaintiff(s),

  v.

FREIDON EFTEKHARI

        Defendant(s).

No. C 07-4419 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: ~~10/11/07~~ 10/25/07

_____
Signature

Counsel for Defendant
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years and am not a party to the within action; my business address is 180 Montgomery Street, Suite 940, San Francisco, California 94104-4223. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and for overnight delivery via express courier.

On the date set forth below I served the foregoing

► **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the addressee(s) below by one or more of the following methods:

(X) **BY FIRST-CLASS MAIL (CCP §§ 1013a & 2015.5)**. By placing same in a box, sealing, fully prepaying postage thereon and depositing said box in the U.S. Mail at San Francisco, California.

( ) BY FACSIMILE (CCP §§ 1013 and 2015.5 and California Rules of Court, Rule 2008[e]). By transmitting same by facsimile machine at 10:00 o'clock, a.m.. The facsimile machine I used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. Service by facsimile occurred by agreement of the parties pursuant to CCP §1013.

( ) BY PERSONAL SERVICE (CCP § 1011). By personal delivery of same.

( ) BY EXPRESS COURIER. By placing same in a sealed **UPS NEXT DAY AIR** envelope, addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

Addressee(s):

Christopher Brancart, Esq.
Liza Cristol-Deman, Esq.
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
Telephone: (650) 879-0141
Facsimile: (650) 879-1103
Email: cbrancart@brancart.com, lcristoldeman@brancart.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 25, 2007 at San Francisco, California.

Maria T. Nguyen
(Printed Name)                                                                (Signature)


Valinoti
& Dito LLP
Attorneys At Law