# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Seaman,<br><br>            Plaintiff(s),<br><br>v.<br><br>Eftekhari,<br><br>            Defendant(s). | 07-04419 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

        **Stephen H. Sulmeyer, J.D., Ph.D.**
        Mediation Offices of Stephen H. Sulmeyer, J.D., Ph.D.
        100 Tamal Plaza, Suite 170
        Corte Madera, CA 94925
        415-927-7419

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: December 26, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

---
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04419 BZ MED                          - 2 -