**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **01/07/2008**

**C07-4419 BZ**

**Angela Seaman v. Freidon Eftekhari**

Attorneys:   Liza Cristol-Deman       James McPherson

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Not Reported. Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                             **RULING:**

1. Initial Case Management Conference                Matter Held
2. _____    _____

 ( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury Trial will begin on September 15, 2008 at 8:30 a.m..  A mediator has already been assigned to this case.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court XX

(    ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
       ( ) By Court     ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____  for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date -                 Trial Date-
                                      Type of Trial:

Notes:_____