1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | ANGELA SEAMAN, individually and    )   Case No. C-07-4419 BZ
   | on behalf of the GENERAL PUBLIC,   )
11 |                                    )   JOINT APPLICATION AND
   |           Plaintiff,               )   STIPULATION TO EXTEND
12 |                                    )   DEADLINE FOR MEDIATION;
   |    vs.                             )   [PROPOSED ORDER]
13 |                                    )
   | FREIDON EFTEKHARI, also known      )
14 | as FRED EFTEKARI,                   )
   |                                    )
15 |           Defendant.                )

16     In its Trial Scheduling Order, (PACER document 18), this Court ordered the

17 parties to conduct a mediation session in the above-captioned matter no later than

18 March 3, 2008.  Due to the schedule of the assigned mediator, the parties hereby

19 request that the Court extend that deadline by approximately two and a half weeks, to

20 March 21, 2008.

21     There is good cause to grant this application.  The ADR Department has referred

22 this case to mediator Stephen H. Sulmeyer.  The parties had an initial phone

23 conference with Mr. Sulmeyer on January 29, 2008, to discuss the scheduling of the

24 mediation and other preliminary matters.  Mr. Sulmeyer informed the parties that his

25 schedule was booked through early March and he would not be able to assist the

26 parties before the court-ordered deadline of March 3, 2008.  The parties and Mr.

27 Sulmeyer tentatively scheduled a mediation session for March 18, 2008, the earliest

28 available date for all parties and the mediator.

JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION;
[PROPOSED] ORDER – CASE NO. C-O7-4419 BZ

1

If the Court grants this application, the parties and the mediator will move forward with the agreed-upon mediation date of March 18, 2008. If the Court denies this application, the parties will contact the Court's ADR Department and seek a referral to a different mediator. Because the current deadline of March 3, 2008 is less than one month away, the parties believe that it may be difficult to find a new mediator who can work with the parties within the deadline.

Extending the deadline until March 21, 2008 will not affect any other litigation dates or delay this matter. The non-expert discovery deadline is May 23, 2008, and trial is scheduled to begin on September 15, 2008. The parties believe that, in the event the case does not resolve on March 18, 2008, they will have adequate time to complete discovery and pre-trial preparation within the Court's deadlines.

For the foregoing reasons, the parties respectfully request that Court issue the order which is appended hereto, extending the mediation deadline to March 21, 2008.

So stipulated.

**Plaintiff's counsel attests that this document has been approved by all signatories whose names appear below.**

Respectfully submitted,

BRANCART & BRANCART

Dated: February 8, 2008

/s/ Liza Cristol-Deman
Liza Cristol-Deman
Attorney for Plaintiff

VALINOTI & DITO LLC

Dated: February 8, 2008

/s/ James McPherson
James McPherson
Attorney for Defendant

JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION; [PROPOSED] ORDER – CASE NO. C-O7-4419 BZ

**2**

1 **[PROPOSED ORDER]**

2     Based on the stipulation of the parties, the schedule of the assigned mediator,
3 and good cause appearing therefor, the mediation deadline in this case is hereby
4 extended to March 21, 2008.
5     IT IS SO ORDERED.

7     Dated: Feb. _____, 2008.

                                    _____
                                    Hon. Bernard Zimmerman
                                    U.S. Magistrate Judge