```
BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SEAMAN, individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiff,<br><br>vs.<br><br>FREIDON EFTEKHARI, also known as FRED EFTEKARI,<br><br>Defendant. | Case No. C-07-4419 BZ<br><br>JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION; [~~PROPOSED~~ ORDER] |

In its Trial Scheduling Order, (PACER document 18), this Court ordered the parties to conduct a mediation session in the above-captioned matter no later than March 3, 2008.  Due to the schedule of the assigned mediator, the parties hereby request that the Court extend that deadline by approximately two and a half weeks, to March 21, 2008.

There is good cause to grant this application.  The ADR Department has referred this case to mediator Stephen H. Sulmeyer.  The parties had an initial phone conference with Mr. Sulmeyer on January 29, 2008, to discuss the scheduling of the mediation and other preliminary matters.  Mr. Sulmeyer informed the parties that his schedule was booked through early March and he would not be able to assist the parties before the court-ordered deadline of March 3, 2008.  The parties and Mr. Sulmeyer tentatively scheduled a mediation session for March 18, 2008, the earliest available date for all parties and the mediator.

JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION;
[PROPOSED] ORDER – CASE NO. C-O7-4419 BZ

1  If the Court grants this application, the parties and the mediator will move
2  forward with the agreed-upon mediation date of March 18, 2008.  If the Court denies
3  this application, the parties will contact the Court's ADR Department and seek a referral
4  to a different mediator.  Because the current deadline of March 3, 2008 is less than one
5  month away, the parties believe that it may be difficult to find a new mediator who can
6  work with the parties within the deadline.
7  Extending the deadline until March 21, 2008 will not affect any other litigation
8  dates or delay this matter.  The non-expert discovery deadline is May 23, 2008, and trial
9  is scheduled to begin on September 15, 2008.  The parties believe that, in the event the
10 case does not resolve on March 18, 2008, they will have adequate time to complete
11 discovery and pre-trial preparation within the Court's deadlines.
12 For the foregoing reasons, the parties respectfully request that Court issue the
13 order which is appended hereto, extending the mediation deadline to March 21, 2008.
14 So stipulated.
15 **Plaintiff's counsel attests that this document has been approved by all**
16 **signatories whose names appear below.**

Respectfully submitted,

BRANCART & BRANCART

Dated: February 8, 2008

/s/ Liza Cristol-Deman
Liza Cristol-Deman
Attorney for Plaintiff

VALINOTI & DITO LLC

Dated: February 8, 2008

/s/ James McPherson
James McPherson
Attorney for Defendant

JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION;
[PROPOSED] ORDER – CASE NO. C-O7-4419 BZ

**2**

**[~~PROPOSED~~ ORDER]**

Based on the stipulation of the parties, the schedule of the assigned mediator, and good cause appearing therefor, the mediation deadline in this case is hereby extended to March 21, 2008.

IT IS SO ORDERED.

Dated: Feb. __24th__, 2008.



Hon. Bernard Zimmerman
U.S. Magistrate Judge

JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION;
[PROPOSED] ORDER – CASE NO. C-O7-4419 BZ

3