# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Seaman,<br><br>    Plaintiff(s),<br><br>v.<br><br>Eftekhari,<br><br>    Defendant(s). | No. C 07-04419 BZ MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __3/18/08__

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __3/18/08__

_____
Stephen H. Sulmeyer, J.D., Ph.D.
Mediation Offices of Stephen H.
Sulmeyer, J.D., Ph.D.
100 Tamal Plaza, Suite 170
Corte Madera, CA 94925

Certification of ADR Session
07-04419 BZ MED