BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SEAMAN, individually and on behalf of the GENERAL PUBLIC,<br><br>          Plaintiff,<br><br>vs.<br><br>FREIDON EFTEKHARI, also known as FRED EFTEKARI,<br><br>          Defendant. | Case No. C-07-4419 BZ<br><br>JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER |

      The parties to this action hereby apply for and stipulate to issuance of an order dismissing this action in its entirety without prejudice, subject to the terms of the settlement agreement and mutual release signed by the parties. The Court shall retain jurisdiction for the purpose of enforcement of the settlement agreement and mutual release. Plaintiff will file a notice dismissing the case with prejudice when the parties'

///
///
///
///
///
///
///
///

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

1

1 | obligations under the terms of the settlement agreement have been satisfied in full.
2 | So stipulated.
3
4 | Dated: ~~March 27, 2008.~~ May 16, 2008     BRANCART & BRANCART
5
6 | *[signature]*
    Liza Cristol-Deman
    Attorney for Plaintiff
7
8 | VALINOTI & DITO
9 | Dated: March 27, 2008.
10 | *See attached*
    Kenneth Valinoti
11 | Attorney for Defendant

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

2

1 | obligations under the terms of the settlement agreement have been satisfied in full.
2 | So stipulated.
3 | BRANCART & BRANCART
4 | Dated: March 27, 2008.

6 | Liza Cristol-Deman
  | Attorney for Plaintiff

8 | VALINOTI & DITO
9 | Dated: ~~March 27,~~ May 15, 2008.

10 |
11 | Kenneth Valinoti
   | Attorney for Defendant

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

2a

# [PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety without prejudice, subject to the terms of the settlement agreement and mutual release signed by the parties. The court will retain jurisdiction for the purpose of enforcement of the settlement agreement and mutual release until plaintiff files a dismissal with prejudice indicating that the parties have satisfied their obligations under the terms of the settlement.

IT IS SO ORDERED.

Dated: _____, 2008.

Honorable Bernard Zimmerman
United States Magistrate Judge

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

3