1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiff

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 ANGELA SEAMAN, individually and )  Case No. C-07-4419 BZ
   on behalf of the GENERAL PUBLIC, )
11                                  )  JOINT APPLICATION AND
             Plaintiff,             )  STIPULATION FOR DISMISSAL
12                                  )  WITHOUT PREJUDICE, SUBJECT TO
       vs.                          )  TERMS OF SETTLEMENT
13                                  )  AGREEMENT; [PROPOSED] ORDER
   FREIDON EFTEKHARI, also known    )
14 as FRED EFTEKARI,                )
                                    )
15           Defendant.             )

16        The parties to this action hereby apply for and stipulate to issuance of an order

17 dismissing this action in its entirety without prejudice, subject to the terms of the

18 settlement agreement and mutual release signed by the parties. The Court shall retain

19 jurisdiction for the purpose of enforcement of the settlement agreement and mutual

20 release.  Plaintiff will file a notice dismissing the case with prejudice when the parties'

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT
TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

1

obligations under the terms of the settlement agreement have been satisfied in full.

So stipulated.

Dated: ~~March 27, 2008.~~ May 16, 2008

BRANCART & BRANCART

_____
Liza Cristol-Deman
Attorney for Plaintiff

VALINOTI & DITO

Dated: March 27, 2008.

See attached
_____
Kenneth Valinoti
Attorney for Defendant

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

2

1  obligations under the terms of the settlement agreement have been satisfied in full.
2  So stipulated.
3                                        BRANCART & BRANCART
4  Dated: March 27, 2008.
5
6                                        Liza Cristol-Deman
                                         Attorney for Plaintiff
7
8                                        VALINOTI & DITO
9  Dated: ~~March 27,~~ May 15, 2008.
10
11                                       Kenneth Valinoti
                                         Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER

2a

**[PROPOSED] ORDER**

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety without prejudice, subject to the terms of the settlement agreement and mutual release signed by the parties. The court will retain jurisdiction [for 1 year] for the purpose of enforcement of the settlement agreement and mutual release until plaintiff files a dismissal with prejudice indicating that the parties have satisfied their obligations under the terms of the settlement.

IT IS SO ORDERED.

Dated: __June 2_____, 2008.



Honorable Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JOINT APPLICATION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO TERMS OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER